1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ELIZABETH MURILLO ALONSO,                No.  2:23-cv-1331 DAD DB

12              Plaintiff,

13         v.                                  ORDER

14    MERRICK GARLAND, et al.,

15              Defendants,

16

17         This matter was referred to the undersigned in accordance with Local Rule 302(c) and 28

18   U.S.C. § 636(b)(1) for an Initial Scheduling Conference.  (ECF No. 6.)  Accordingly, IT IS

19   HEREBY ORDERED that:

20         1.  An Initial Scheduling Conference is set for **Friday, December 1, 2023, at 10:00 a.m.**

21   at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27

22   before the undersigned.[1]

23   _____

24   [1] Parties shall appear at the Scheduling Conference either telephonically or over video conference
     through the Zoom application (which is free and must be downloaded to your computer or mobile
25   device prior to the hearing).  Parties proceeding in propria persona, on his or her own behalf, shall
     contact Shelly Her, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128,
26   no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours
     prior to the hearing, to arrange their appearance either telephonically or over video conference.
27   Counsel will receive an email containing the necessary appearance information and must notify
     the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either
28   telephonically or over video conference.  The Zoom ID Number and password are confidential

1

2.  The parties shall file a joint status report on or before **November 17, 2023**.  The joint status report shall address all of the following matters:

      a.     Progress of service of process;

      b.     Possible joinder of additional parties;

      c.     Possible amendment of the pleadings;

      d.     Jurisdiction and venue;

      e.     Anticipated motions and the scheduling thereof;

      f.     Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

      g.     Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

      h.     Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

      i.     Whether the case is related to any other case, including matters in bankruptcy;

      j.     Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of her so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

      k.     Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

      l.     Any other matters that may aid in the just and expeditious disposition of this action.

3.  The parties are cautioned that failure to file a status report or failure to appear at the scheduling conference may result in an order imposing an appropriate sanction.  See Local Rules 110 and 183.

DATED: August 28, 2023           /s/ DEBORAH BARNES
                                       UNITED STATES MAGISTRATE JUDGE

---

and are not to be given to anyone.  Persons granted remote access to these proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.